UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Debbie Glaude</u>

        v.                                Case No. 07-cv-137-PB

<u>Jeffrey Glaude</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 11, 2007, no objection having been filed.

     SO ORDERED.


December 10, 2007                        /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    Debbie Glaude, Pro se.